THOMAS F. BERTRAND, State Bar No. 056560
MICHAEL C. WENZEL, State Bar No. 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94102-1222
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
COUNTY OF ALAMEDA and F. CULLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS MERRIOUNS,<br><br>              Plaintiff,<br><br>     v.<br><br>COUNTY OF ALAMEDA; Alameda County Sheriff's Deputy F. CULLEY; and DOES 1 through 15,<br><br>              Defendants. | Case No.  C11-01156<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [ORDER** |

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Merriouns v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. C11-01156

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On March 10, 2011, Plaintiff filed the Complaint initiating the above-captioned action against the County of Alameda and Alameda County Sheriff's Deputy F. Culley.

2. On March 15, 2011, Plaintiff served the Complaint on the County of Alameda and Alameda County Sheriff's Deputy F. Culley by personal service.

3. Defendants last day to file a responsive pleading to the Complaint is currently April 5, 2011.

4. The parties stipulate to extend the time for defendants to respond to the Complaint through and including April 26, 2011.

DATED: March ___, 2011                    LAW OFFICES OF JOHN L. BURRIS

                                          By: _____
                                              John L. Burris
                                              Attorneys for Plaintiff
                                              IRIS MERRIOUNS


DATED: March ___, 2011                    BERTRAND, FOX & ELLIOT

                                          By: _____
                                              Thomas F. Bertrand
                                              Michael C. Wenzel
                                              Attorneys for Defendants
                                              COUNTY OF ALAMEDA and F. CULLEY

**ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendant to respond to the Complaint shall be extended to April 26, 2011.

DATED: 4/4/11                             _____
                                          UNITED STATES DISTRICT COURT JUDGE

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Merriouns v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. C11-01156