| | |
|---|---|
| 1 | JOHN L. BURRIS, Esq./State Bar # 69888 |
| | LAW OFFICES OF JOHN L. BURRIS |
| 2 | 7677 Oakport Street, Suite 1120 |
| 3 | Oakland, CA 94621 |
| | Telephone: (510) 839-5200 |
| 4 | Facsimile: (510) 839-3882 |
| | E-Mail: John.burris@johnburrislaw.com |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | IRIS MERRIOUNS |
| 7 | |
| 8 | MICHAEL C. WENZEL, Esq./State Bar # 215388 |
| | BERTRAND, FOX & ELLIOT |
| 9 | 2749 Hyde Street |
| | San Francisco, CA 94109 |
| 10 | Telephone: (415) 353-0999 |
| | Facsimile: (415) 353-0990 |
| 11 | E-Mail: Mwenzel@bfesf.com |
| 12 | |
| | Attorneys for Defendants |
| 13 | COUNTY OF ALAMEDA and F. CULLEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRIS MERRIOUNS, | ) | Case No.  C11-01156 (MEJ) SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING SETTLEMENT** |
| v. | ) | **CONFERENCE** |
| | ) | |
| COUNTY OF ALAMEDA; Alameda County | ) | |
| Sheriff's Deputy F. CULLEY; and DOES 1 | ) | |
| through 15, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
*Merriouns v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. C11-01156

Defendant COUNTY OF ALAMEDA and plaintiff IRIS MERRIOUNS, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties appeared telephonically for a Case Management Conference with Judge Saundra Brown Armstrong on September 28, 2012.

2. Pursuant to Judge Armstrong's Pre-Trial Order filed October 4, 2011, the following discovery and dispositive motion deadlines were set:

    (A) Non-Expert Discovery to be completed by July 27, 2012;

    (B) Disclosure of expert witnesses to be completed by July 27, 2012;

    (C) Rebuttal expert disclosure to be completed by August 31, 2012;

    (D) Expert discovery to be completed by September 28, 2012;

    (E) All Dispositive Motions to be heard by September 25, 2012;

    (F) Pre-Trial Conference to take place on November 13, 2012;

    (E) Trial to commence on November 26, 2012.

2. The Court further referred the parties for a settlement conference with the Honorable Chief Magistrate Judge Elena James to be held "not earlier than 120 days" from the date of the Case Management Conference, but to be completed by October 15, 2012.

3. By Order dated November 17, 2011, this Court scheduled a Settlement Conference for January 27, 2012. By Order dated January 6, 2012, this Court continued the conference until January 30, 2012.

4. The COUNTY diligently served written discovery requests on plaintiff on October 4, 2012 so that plaintiff's deposition could be promptly scheduled and necessary records subpoenaed in advance of the Settlement Conference. Responses to the written discovery were not received until December 27, 2012. Those responses were voluminous, and identified numerous medical providers. In addition, plaintiff has asserted a wage loss claim which will require her employment records to be subpoenaed.

5. The COUNTY has not yet had a chance to depose plaintiff and the parties are presently meeting and conferring regarding deposition dates.

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
*Merriouns v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. C11-01156

6. The COUNTY will be unable to participate meaningfully in the presently scheduled conference or evaluate the case for settlement until necessary discovery is completed.

7. For all the good cause reasons stated above, the parties respectfully request this Court continue the January 30, 2012 Settlement Conference until May 15, 2012, a date the parties have confirmed is available on this Court's calendar.

8. A continuance of the Settlement Conference until May 15, 2012 will not interfere with any presently scheduled pretrial or trial dates set by Judge Armstrong.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

Dated: 01-11-12                    By: /s/ *John L. Burris, Esq.*
                                       John L. Burris, Esq.
                                       Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 01-11-12                    By: /s/ *Michael C. Wenzel, Esq.*
                                       Michael C. Wenzel, Esq.
                                       Attorneys for Defendants

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated to same, the parties' stipulation is hereby APPROVED. The January 30, 2012 Settlement Conference is continued until May 15, 2012. At 10:00 a.m.

**IT IS SO ORDERED.**

DATED:  January 12, 2012                    _____
                                            HONORABLE MARIA-ELENA JAMES
                                            Chief United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
*Merriouns v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. C11-01156