1  JOHN L. BURRIS, Esq./State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
3  Oakland, CA 94621
   Telephone: (510) 839-5200
4  Facsimile: (510) 839-3882
   E-Mail: John.burris@johnburrislaw.com
5

6  Attorneys for Plaintiff
   IRIS MERRIOUNS
7
   MICHAEL C. WENZEL, Esq./State Bar # 215388
8  BERTRAND, FOX & ELLIOT
   2749 Hyde Street
9  San Francisco, CA 94109
10 Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
11 E-Mail: Mwenzel@bfesf.com

12 Attorneys for Defendants
13 COUNTY OF ALAMEDA and F. CULLEY

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| IRIS MERRIOUNS, | Case No.  C11-01156 (~~MEJ~~) SBA |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| COUNTY OF ALAMEDA; Alameda County Sheriff's Deputy F. CULLEY; and DOES 1 through 15, | |
| Defendants. | |

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE
*Merriouns v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. C11-01156

1   Defendant COUNTY OF ALAMEDA and plaintiff IRIS MERRIOUNS, by and through their
2  respective attorneys of record, hereby stipulate as follows:

3   1.   The parties appeared telephonically for a Case Management Conference with Judge
4  Saundra Brown Armstrong on September 28, 2012.

5   2.   Pursuant to Judge Armstrong's Pre-Trial Order filed October 4, 2011, the following
6  discovery and dispositive motion deadlines were set:

7        (A)  Non-Expert Discovery to be completed by July 27, 2012;

8        (B)  Disclosure of expert witnesses to be completed by July 27, 2012;

9        (C)  Rebuttal expert disclosure to be completed by August 31, 2012;

10       (D)  Expert discovery to be completed by September 28, 2012;

11       (E)  All Dispositive Motions to be heard by September 25, 2012;

12       (F)  Pre-Trial Conference to take place on November 13, 2012;

13       (E)  Trial to commence on November 26, 2012.

14   2.   The Court further referred the parties for a settlement conference with the Honorable
15  Chief Magistrate Judge Elena James to be held "not earlier than 120 days" from the date of the Case
16  Management Conference, but to be completed by October 15, 2012.

17   3.   By Order dated November 17, 2011, this Court scheduled a Settlement Conference for
18  January 27, 2012. By Order dated January 6, 2012, this Court continued the conference until
19  January 30, 2012.

20   4.   The COUNTY diligently served written discovery requests on plaintiff on
21  October 4, 2012 so that plaintiff's deposition could be promptly scheduled and necessary records
22  subpoenaed in advance of the Settlement Conference. Responses to the written discovery were not
23  received until December 27, 2012. Those responses were voluminous, and identified numerous
24  medical providers. In addition, plaintiff has asserted a wage loss claim which will require her
25  employment records to be subpoenaed.

26   5.   The COUNTY has not yet had a chance to depose plaintiff and the parties are
27  presently meeting and conferring regarding deposition dates.

28

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
*Merriouns v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. C11-01156

6. The COUNTY will be unable to participate meaningfully in the presently scheduled conference or evaluate the case for settlement until necessary discovery is completed.

7. For all the good cause reasons stated above, the parties respectfully request this Court continue the January 30, 2012 Settlement Conference until May 15, 2012, a date the parties have confirmed is available on this Court's calendar.

8. A continuance of the Settlement Conference until May 15, 2012 will not interfere with any presently scheduled pretrial or trial dates set by Judge Armstrong.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

Dated: 01-11-12          By: /s/ *John L. Burris, Esq.*
                              John L. Burris, Esq.
                              Attorneys for Plaintiff

BERTRAND, FOX & ELLIOT

Dated: 01-11-12          By: /s/ *Michael C. Wenzel, Esq.*
                              Michael C. Wenzel, Esq.
                              Attorneys for Defendants

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated to same, the parties' stipulation is hereby APPROVED. The January 30, 2012 Settlement Conference is continued until May 15, 2012. At 10:00 a.m.

**IT IS SO ORDERED.**

DATED: January 12, 2012          _____
                                  HONORABLE MARIA-ELENA JAMES
                                  Chief United States Magistrate Judge

---

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE
*Merriouns v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. C11-01156