**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRIS MERRIOUNS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ALAMEDA,<br><br>　　　　Defendants. | Case No.: 11-CV-01156-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held on May 7, 2012. The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE JAMES TO OCCUR BY: | June 29, 2012 (continuing current deadline of May 15, 2012) |
| NON-EXPERT DISCOVERY CUTOFF: | August 31, 2012 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: August 31, 2012<br>Rebuttal: September 21, 2012 |
| EXPERT DISCOVERY CUTOFF: | October 5, 2012 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | September 25, 2012 (neither side anticipates filing motion for summary judgment) |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 26, 2012 |
| PRETRIAL CONFERENCE: | November 9, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, November 26, 2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 10 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 7, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

CC: MAGREF  EMAIL AND MEJ