1
2
3
4
5
6

# UNITED STATES  DISTRICT COURT

## Northern District of California

7   IRIS MERRIOUNS,                                    No. C 11-01156 SBA (MEJ)

8                         Plaintiff(s),              **ORDER PERMITTING TELEPHONIC**
                                                       **APPEARANCE AT SETTLEMENT**
9          v.                                          **CONFERENCE**

10  COUNTY OF ALAMEDA,

                          Defendant(s).
11  _____/

12

13         This matter is scheduled for a settlement conference on June 12, 2012 at 10:00 a.m.  Now

14  before the Court is Defendant Deputy F. Culley's request to allow him to appear by telephone at the

15  conference.  Good cause appearing, the request is GRANTED.  However, Defendant F. Culley is

16  hereby advised that, should the case not settle and a further settlement conference be scheduled,

17  Defendant F. Culley will be required to appear in person at the further settlement conference, and

18  sanctions may be imposed for failure to comply.

19         The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415)

20  522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

21         **IT IS SO ORDERED.**

22

23  Dated: June 6, 2012

24                                                    _____
                                                     Maria-Elena James
25                                                   Chief United States Magistrate Judge

26
27
28

UNITED STATES DISTRICT COURT
For the Northern District of California