JOHN L. BURRIS, Esq./State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: John.burris@johnburrislaw.com

Attorneys for Plaintiff
DONOVAN WHITTEN


THOMAS F. BERTRAND, Esq./State Bar #056560
MICHAEL C. WENZEL, Esq./State Bar # 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-Mail: Mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA and F. CULLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS MERRIOUNS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA; Alameda County Sheriff's Deputy F. CULLEY; and DOES 1 through 15,<br><br>    Defendants. | Case No. C 11-01156-YGR-MEJ<br><br>**NOTICE OF SETTLEMENT OF CASE AND [PROPOSED] ORDER (AS MODIFIED BY THE COURT)** |

**PLEASE TAKE NOTICE** that defendants COUNTY OF ALAMEDA and F. CULLEY and plaintiff IRIS MERRIOUNS, by and through their respective attorneys of record (collectively, the "PARTIES"), have reached a settlement in this matter.

The parties are currently in the process of finalizing settlement documents and anticipate filing a Stipulation to Dismissal in the near future.

The PARTIES respectfully request at this time that all upcoming hearing dates in this matter be vacated from the Court's calendar, and that the parties be ordered to file a stipulation for dismissal or joint status report by August 14, 2012.

The parties respectfully request this Court incorporate the terms of this stipulation in a written order.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | LAW OFFICES OF JOHN L. BURRIS |
| Dated: July 10, 2012 | By: /s/ *John L. Burris*  <br>John L. Burris, Esq.<br>Attorneys for Plaintiff<br>IRIS MERRIOUNS |
|  | BERTRAND, FOX & ELLIOT |
| Dated: July 10, 2012 | By: /s/ *Michael C. Wenzel*  <br>Michael C. Wenzel<br>Attorneys for Defendants<br>COUNTY OF ALAMEDA and F. CULLEY |

**ORDER**

GOOD CAUSE APPEARING THEREFOR, all pending motion, case management and trial dates are hereby vacated. A compliance hearing shall be held on <u>Friday, August 24, 2012</u> on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated. No later than August 17, 2012, the parties shall file either a stipulation for dismissal or a one-page joint statement regarding why a dismissal has not yet been filed. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar. Telephonic

1  appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to
2  do so may result in sanctions.

4  DATED: July 12, 2012

                                  HONORABLE YVONNE GONZALEZ ROGERS
                                      United States District Court Judge