1  Thomas F. Bertrand, State Bar No. 056560
   Michael C. Wenzel, State Bar No. 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5  Email: mwenzel@bfesf.com

6  Attorneys for Defendants
   COUNTY OF ALAMEDA and F. CULLEY
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 IRIS MERRIOUNS,                          Case No. C 11-01156 YGR

12         Plaintiff,                       **STIPULATION TO DISMISSAL
                                            WITH PREJUDICE**
13 v.

14 COUNTY OF ALAMEDA; Alameda County
   Sheriff's Deputy F. CULLEY; and DOES 1
15 through 15

16         Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiff IRIS MERRIOUNS, by and through her attorneys of record, and defendants COUNTY OF ALAMEDA and F. CULLEY by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  August 7, 2012                                LAW OFFICES OF JOHN L. BURRIS

                                                By:  /s/ *John L. Burris*
                                                     John L. Burris
                                                     Attorney for Plaintiff
                                                     IRIS MERRIOUNS

Dated:  August 7, 2012                                BERTRAND, FOX & ELLIOT


                                                By:  /s/ *Michael C. Wenzel*
                                                     Michael C. Wenzel
                                                     Attorneys for Defendants
                                                     COUNTY OF ALAMEDA and F. CULLEY



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
August 10, 2012