Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA and F. CULLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS MERRIOUNS,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA; Alameda County Sheriff's Deputy F. CULLEY; and DOES 1 through 15<br><br>          Defendants. | Case No. C 11-01156 YGR<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE** |

**STIPULATION**

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiff IRIS MERRIOUNS, by and through her attorneys of record, and defendants COUNTY OF ALAMEDA and F. CULLEY by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  August 7, 2012                                    LAW OFFICES OF JOHN L. BURRIS

                                                         By:  /s/ *John L. Burris*
                                                              John L. Burris
                                                              Attorney for Plaintiff
                                                              IRIS MERRIOUNS

Dated:  August 7, 2012                                    BERTRAND, FOX & ELLIOT


                                                         By:  /s/ *Michael C. Wenzel*
                                                              Michael C. Wenzel
                                                              Attorneys for Defendants
                                                              COUNTY OF ALAMEDA and F. CULLEY



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

August 10, 2012

STIPULATION TO DISMISSAL WITH PREJUDICE